**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN DELGADO, | ) | No. CV 09-5787-RGK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| W.J. SULLIVAN, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>November 15, 2012</u>

_____
R. GARY KLAUSNER
United States District Judge